UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| | ) Case No. 4:04CR00609 ERW |
| vs. | ) ) |
| DEREK DUVALL, | ) ) |
| Defendant. | ) ) |

### ORDER OF DEFENDANT'S RELEASE

Pursuant to proceedings held on the record on this date,

**IT IS HEREBY ORDERED** that Defendant Derek Duvall shall be immediately released from custody and shall comply with all conditions set forth by the United States Probation Office in conjunction with his Supervised Release.

So Ordered this __22nd__ Day of __January__, 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE